LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

# MEMO ENDORSED

May 9, 2023

**Via ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #:
DATE FILED: 5/9/23

    **Re:**   **United States v. Felix Nunez Paula**
            **Case No.: 7:23-mj-03482-UA-2**

Dear Judge McCarthy:

      On or about May 2, 2023, the undersigned was appointed to represent Mr. Felix Nunez Paula in the above matter. On May 2, 2023, a detention hearing was held before your Honor and at the conclusion of the detention hearing, the Court ordered the defendant released on conditions. One of the conditions that the Court set was that the unsecured appearance bond entered into by the defendant be co-signed by two financially responsible persons (hereinafter "FRPs"), which persons would be interviewed by the government prior to being confirmed as FRPs.

      The Court ordered that the bond conditions be completed prior to May 9, 2023. As a result of some difficulties in having one or more FRPs interviewed prior to that date, the undersigned respectfully requests additional time to have the proposed FRPs interviewed. The undersigned requests that the Court modify its Order to permit the completion of the bond requirements by May 16, 2023. The undersigned has discussed this request with the government, and I have been informed that there is no objection to the enlargement of time.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
FELIX PAULA NUNEZ

Respectfully submitted,
/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

**APPLICATION GRANTED**

Hon. Paul E. Davison, U.S.M.J.
5/9/23

BDK/me